HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RENTON SPRINGTREE HOMEOWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | NO. 2:23-cv-00288-RAJ<br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ALLSTATE INSURANCE COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS AND REQUEST THAT THE CASE BE CLOSED |

Pursuant to FRCP 41(a), Plaintiff Renton Springtree Homeowners Association (the "Association") hereby dismisses its claim only against Defendant Allstate Insurance Company ("Defendant") without prejudice and without costs. Defendant has not served either an answer or a motion for summary judgment, and FRCP Rules 23(e), 23.1(c), 23.2 and 66 do not apply to this action. Accordingly, the Association may dismiss its claim against Defendants without a court order pursuant to FRCP 41(a). As no other Defendants remain in this lawsuit other than Doe Insurance Companies 1-10 which the Association also dismisses without prejudice and without costs, the Association asks that this case be closed.

DATED this 26th day of April, 2023.

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ALLSTATE INSURANCE COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS AND REQUEST THAT THE CASE BE CLOSED (No. 2:23-cv-00288-RAJ) - 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

**STEIN, SUDWEEKS & STEIN, PLLC**

*/s/ Jerry H. Stein*
*/s/ Justin D. Sudweeks*
*/s/ Daniel Stein*
Jerry H. Stein, WSBA 27721
Justin D. Sudweeks, WSBA 28755
Daniel J. Stein, WSBA 48739
16400 Southcenter Pkwy, Suite 410
Tukwila, WA 98188
Email: jerry@condodefects.com
justin@condodefects.com
dstein@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
***Attorneys for Plaintiff***

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ALLSTATE INSURANCE COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS AND REQUEST THAT THE CASE BE CLOSED (No. 2:23-cv-00288-RAJ) - 2

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660